United States Court of Appeals
FOR THE EIGHTH CIRCUIT

_____

No. 96-3819

_____

Lannie Brown,                   *

                           *

      Appellant,        *

                           *

    v.               *   Appeal from the United States

                           *   District Court for the

Grady Maxwell, individually and as  *   Eastern District of Arkansas.

manager of the Special Nutrition    *     [UNPUBLISHED]

Program; Frankie Hall, individually  *

and as Grants Coordinator with the   *

Special Nutrition Program,       *

                           *

      Appellees.       *

_____

Submitted: January 7, 1997
Filed: January 13, 1998

_____

Before FAGG, BOWMAN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Lannie Brown appeals from the district court's[1] grant of summary judgment to defendants in this 42 U.S.C. § 1983 action. Having carefully reviewed the record and the parties' submissions on appeal, we conclude that summary judgment was proper

_____

[1]The Honorable Stephen M. Reasoner, Chief Judge, United States District Court for the Eastern District of Arkansas.

and that an extended discussion would lack precedential value.  Accordingly, we affirm the judgment of the district court.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.